UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PINK PALM PUFF LTD.,

    Plaintiff,

    v.

DONGGUAN JINYEZAO
CLOTHING CO., LTD d/b/a
JINSINE, et al.,

    Defendants.

CIVIL ACTION NO.

1:24-CV-5837-SEG

## **O R D E R**

This matter is before the Court on the motions to withdraw David R. Bennett and Abena K. Abayomi-Rogers as counsel for Defendants Dongguan Jinyezao Clothing Co., Ltd. d/b/a Jinsine ("Jinsine") and Guangzhou Heluhan Clothing Co., Ltd. d/b/a Ladily ("Ladily"). The Court finds that the motions satisfy the requirements of withdrawal by consent pursuant to Local Rule 83.1(E)(3), NDGa. Accordingly, the motions are **GRANTED,** and the Clerk is **DIRECTED** to terminate David R. Bennett and Abena K. Abayomi-Rogers as counsel for Defendants Jinsine and Ladily.

Pursuant to Local Rule 83.1(E)(2)(b)(H), NDGa, Defendants Jinsine and Ladily must be represented in court by an attorney. This rule states as follows:

> If the client is a corporation or organization, it may only be represented by an attorney, who must sign all pleadings and

papers submitted to the Court; a corporate officer may not represent the client unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against the client[.]

*See also Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel."); *Windsor v. United States*, No. 1:09-CV-2027-WSD, 2009 WL 2370669, at *2 (N.D. Ga. July 30, 2009) ("Corporations and limited liability companies . . . must be represented by counsel in litigation.").

Defendants Jinsine and Ladily shall seek new counsel immediately, if they have not already done so.  Defendants are **ORDERED** to retain new counsel who must file a notice of appearance with the Court by June 8, 2026. Failure to do so could result in default being entered against Defendants Dongguan Jinyezao Clothing Co., Ltd. d/b/a Jinsine and Guangzhou Heluhan Clothing Co., Ltd. d/b/a Ladily.

The Clerk is **DIRECTED** to mail this order to Defendants Jinsine and Ladily at the following addresses:

Dongguan Jinyezao Clothing Co., LTD dba Jinsine
Room 502, No. 31, Xixing 3rd Street
Beijie, Humen Town, Dogguan City, Guangdong Province, China, 523560

2

Guangzhou Heluhan Clothing Co., LTD d/b/a Ladily
101, Building 7, Yajing Comprehensive Park
No. 23 Licun West Road, Dashi Street
Panyu District, Guangzhou, China, 511400

The Clerk is further **DIRECTED** to update the docket with the addresses

provided above.

    **SO ORDERED** this 8th day of May, 2026.

                SARAH E. GERAGHTY
                United States District Judge